EISMANN, J.,
concurring.
I concur in the majority opinion. This is a prime example of an administrative agency exceeding its statutory powers in an attempt to protect citizens from themselves. Although this clearly did not involve health insurance, the Department ignored the terms of the contract in order to find that it was a contract of insurance so that it could prevent Idahoans from entering into this type of contractual arrangement. The people contracting with Altrua HealthShare are adults who presumably understand the risk they are taking by making monthly payments into the escrow fund, but are willing to do so as a means of paying for future health expenses that they may incur. The Department is not tasked with the responsibility of making sure citizens do not make decisions it considers to be unwise. Whether people should enter into this type of arrangement is for them to decide, not the Department.